1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716



**FILED**

AUG 22 2013

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,            )    2:13 - CR - 0284 MCE
                                         )
12           Plaintiff,                  )    VIOLATION: 8 U.S.C.
                                         )    §§ 1326(a) and (b)(2) -
13       v.                              )    Deported Alien Found in the
                                         )    United States
14  GUMARO LIZARRAGA-CORRALES,           )
       aka Gumaro Corrales Lizarraga,    )
15     aka Lucio Palacios Valenzuela,    )
       aka Maro Isarraga-Corrales,       )
16                                       )
             Defendant.                  )
17  _____ )

18                  I N D I C T M E N T

19      The Grand Jury charges:  T H A T

20                  GUMARO LIZARRAGA-CORRALES,
                       aka Gumaro Corrales Lizarraga,
21                     aka Lucio Palacios Valenzuela,
                       aka Maro Isarraga-Corrales,
22

23  defendant herein, an alien, on or about September 25, 2009, was

24  excluded, deported and removed from the United States after being

25  convicted of one or more crimes punishable by a term of imprisonment

26  exceeding one year, specifically:

27      Cultivating Marijuana in violation of California Health and
        Safety Code Section 11358, on or about October 18, 2007, in
28      Del Norte County, California;

1

1  and, thereafter, on or about December 10, 2010, the defendant was

2  found in the State and Eastern District of California, with neither

3  the Attorney General of the United States nor the Secretary of the

4  Department of Homeland Security having expressly consented to a

5  reapplication by the defendant for admission into the United States,

6  in violation of Title 8, United States Code, Sections 1326(a) and

7  (b)(2).

8

9                              A TRUE BILL.

10                    

11                         FOREPERSON

12

13

BENJAMIN B. WAGNER
14  United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   2

No. 2 1 ~ ~ ~ 0 2 8 4 MCE ~ ~

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### GUMARO LIZARRAGA-CORRALES,
aka Gumaro Corrales Lizarraga,
aka Lucio Palacios Valenzuela,
aka Maro Isarraga-Corrales

I N D I C T M E N T

**VIOLATION(S):** 8 U.S.C. §§ 1326(a) and (b)(2) - Deported
Alien Found in the United States

*A true bill,*

/s/ Signature on file w/AUSA

------------------------------------------------
*Foreman.*

*Filed in open court this* _ _ _ _ 22 _ _ _ _ *day*

*of* _ _ _ _ August _ _ _ , *A.D. 2013*

------------------------------------------------
*Clerk.*

**WARRANT: NO BAIL PENDING HEARING**

*Bail, $* _ _ _ _ _ _ _ _ _ _ _

------------------------------------------------

GPO 863 525

DEFENDANT:          GUMARO LIZARRAGA-CORRALES,
                    aka Gumaro Corrales Lizarraga,
                    aka Lucio Palacios Valenzuela,
                    aka Maro Isarraga-Corrales

VIOLATION:          8 U.S.C. §§ 1326(a) and (b)(2) - Deported
                    Alien Found in the United States

PENALTY:            Not more than twenty (20) years in prison,
                    Not more than $250,000 fine, or both;
                    Not more than three (3) year term supervised release.

ASSESSMENT:         $100 (felony)