# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:13-cr-00284-MCE
)
GUMARO LIZARRAGA-CORRALES, )
aka Gumaro Corrales Lizarraga )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.
Name of Detainee: **GUMARO LIZARRAGA-CORRALES, aka Gumaro Corrales Lizarraga**

Detained at (custodian): **High Desert State Prison**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With: **Deported Alien Found in the United States**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Nirav Desai
Printed Name & Phone No: **AUSA NIRAV DESAI/916-554-2716**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 27, 2013
Date      United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Lucio Palacios Valenzuela; Maro Isarraga-Corrales | Male ☒ | Female ☐ |
| Booking or CDC #: | AM0995 | DOB: | 4/27/83 |
| Facility Address: | 475-750 Rice Canyon Road | Race: | |
| | Susanville, CA 96127 | FBI #: | 996953NC8 |
| Facility Phone: | 530-251-5100 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
    (Signature)

Form Crim-48      Revised 11/19/97