```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
GUMARO LIZARRAGA-CORRALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00284-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| GUMARO LIZARRAGA-CORRALES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Nirav Desai, and defendant Gumaro Lizarraga-Corrales, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, November 7, 2013 at 9:00 a.m., and to continue the status conference to December 5, 2013 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

    The reason for this request is that both counsel need additional time to review discovery, order records, engage in plea negotiations, and other defense preparation.  There is not a fast-track offer in this case.  The Court is advised that Mr. Desai concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

1     The parties further agree and stipulate that the time period from the filing of this stipulation until December 5, 2013 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: November 5, 2013                BENJAMIN WAGNER
                                         United States Attorney

                                By:      /s/ Nirav Desai
                                        NIRAV DESAI
                                        Assistant United States Attorney


Dated: November 5, 2013                /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
                                         Attorney for Defendant
                                         GUMARO LIZARRAGA-CORRALES


**ORDER**

    For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of November 7, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on December 5, 2013 at 9:00 a.m.  The court finds excludable time in this matter through December 5, 2013 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by

1 | the parties, the Court finds that the interest of justice served by granting
2 | the request outweigh the best interests of the public and the defendant in a
3 | speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).
4 |         IT IS SO ORDERED.
5 | Dated:  November 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT