**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
GUMARO LIZARRAGA-CORRALES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:13-CR-00284-MCE** |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | ) ) | |
| GUMARO LIZARRAGA-CORRALES, | ) ) | |
| Defendant. | ) ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Nirav Desai, and defendant Gumaro Lizarraga-Corrales, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, December 5, 2013 at 9:00 a.m., and to continue the status conference to January 9, 2014 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that both the defense needs additional time to review discovery, order records, and other defense preparation. In addition, both parties need time to engage in plea negotiations. There is not a fast-track offer in this case. The Court is advised that Mr. Desai concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 9, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: December 2, 2013                    BENJAMIN WAGNER
                                           United States Attorney


                                           By:      /s/ Nirav Desai
                                           NIRAV DESAI
                                           Assistant United States Attorney


Dated: December 2, 2013                        /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           GUMARO LIZARRAGA-CORRALES

# ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of December 5, 2013 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on January 9, 2014 at 9:00 a.m.  The court finds excludable time in this matter through January 9, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT