ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
GUMARO LIZARRAGA-CORRALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00284-MCE |
| | STIPULATION AND |
| Plaintiff, | ORDER TO CONTINUE |
| | STATUS CONFERENCE |
| v. | |
| GUMARO LIZARRAGA-CORRALES, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Nirav Desai, and defendant Gumaro Lizarraga-Corrales, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 6, 2014 at 9:00 a.m., and to continue the status conference to February 27, 2014 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that Ms. Radekin and Mr. Desai need additional time to engage in plea negotiations and finalize a plea agreement. Once final written plea agreement is provided by the government, Ms. Radekin will need time to review such agreement with Mr. Lizarraga-Corrales. There is not a fast-track offer in this case. The Court is advised that Mr. Desai

1

concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until February 27, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED
Dated: January 31, 2014                       BENJAMIN WAGNER
                                              United States Attorney


                                              By:   /s/ Nirav Desai
                                                    NIRAV DESAI
                                              Assistant United States Attorney


Dated: January 31, 2014                       /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
                                              Attorney for Defendant
                                              GUMARO LIZARRAGA-CORRALES

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of February 6, 2014 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on February 27, 2014 at 9:00 a.m.  The court finds excludable time in this matter through February 27, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting

2

1 the request outweigh the best interests of the public and the defendant in a
2 speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).
3      IT IS SO ORDERED.
4 Dated:  February 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT