```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
GUMARO LIZARRAGA-CORRALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00284-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| GUMARO LIZARRAGA-CORRALES, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Nirav Desai, and defendant Gumaro Lizarraga-Corrales, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 27, 2014 at 9:00 a.m., and to continue the status conference to March 27, 2014 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that Ms. Radekin and Mr. Desai need additional time to engage in plea negotiations and finalize a plea agreement. Ms. Radekin has proposed changes to the plea agreement and Mr. Desai needs time to respond.  Once the final written plea agreement is provided by the government, Ms. Radekin will need time to review such agreement with Mr. Lizarraga-Corrales

1

1  There is not a fast-track offer in this case.  The Court is advised that Mr.
2  Desai concurs with this request and has authorized Ms. Radekin to sign this
3  stipulation on his behalf.
4           The parties further agree and stipulate that the time
5  period from the filing of this stipulation until March 27, 2014 should be
6  excluded in computing time for commencement of trial under the Speedy Trial
7  Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv)
8  and Local Code T4, to allow continuity of counsel and to allow reasonable
9  time necessary for effective defense preparation.  It is further agreed and
10 stipulated that the ends of justice served in granting the request outweigh
11 the best interests of the public and the defendant in a speedy trial.
12          Accordingly, the parties respectfully request the Court
13 adopt this proposed stipulation.
14 IT IS SO STIPULATED
   Dated: February 21, 2014                    BENJAMIN WAGNER
15                                             United States Attorney
16
                                               By:   /s/ Nirav Desai
17                                                   NIRAV DESAI
                                               Assistant United States Attorney
18
19 Dated: Febuary 21, 2014                           /s/ Erin J. Radekin
                                                     ERIN J. RADEKIN
20                                                   Attorney for Defendant
                                                     GUMARO LIZARRAGA-CORRALES
21
                                      **ORDER**
22     For the reasons set forth in the accompanying stipulation and
23 declaration of counsel, the status conference of February 27, 2014, at 9:00
24 a.m. is VACATED and the above-captioned matter is set for status conference
25 on March 27, 2014 at 9:00 a.m.  The Court finds excludable time in this
26 matter through March 27, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
27 Code T4, to allow continuity of counsel and to allow reasonable time
28 necessary for effective defense preparation.  For the reasons stipulated by

2

the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

   IT IS SO ORDERED.

Dated:   February 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT