```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
GUMARO LIZARRAGA-CORRALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00284-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE SENTENCING AND MODIFY |
| v. | ) | SCHEDULE OF DISCLOSURE |
| | ) | |
| GUMARO LIZARRAGA-CORRALES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Nirav Desai, and defendant, Gumaro Lizarraga-Corrales, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, June 26, 2014 at 9:00 a.m., and to continue judgment and sentencing to September 4, 2014 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

In addition, the parties stipulate to the following modification to the schedule of disclosure:

| | |
|---|---|
| Informal objections to the pre-sentence report | August 7, 2014 |
| Final pre-sentence report | August 14, 2014 |
| Motion for correction of the pre-sentence report | August 21, 2014 |
| Government's reply | August 28, 2014 |

1

This continuance is requested to allow the defense to time to conduct investigation into matters pertinent to a request for departure for cultural assimilation and factors under 18 U.S.C. § 3553(a). The defense is permitted to argue for such departure and/or variance under the plea agreement. Counsel and the United States Probation Officer assigned to this matter, Shannon Morehouse, have conferred about the proposed continuance and modification to the schedule of disclosure. The Court is advised Mr. Desai and Ms. Morehouse have no opposition to the proposed dates set forth above, and Mr. Desai has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: May 12, 2014                BENJAMIN WAGNER
                                   United States Attorney

                                   By:   /s/ Nirav Desai
                                         NIRAV DESAI
                                         Assistant United States Attorney

Dated: May 12, 2014                /s/ Erin J. Radekin
                                   ERIN J. RADEKIN
                                   Attorney for Defendant
                                   GUMARO LIZARRAGA-CORRALES

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, June 26, 2014 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on September 4, 2014 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

1    IT IS FURTHER ORDERED that the schedule of disclosure be modified as
2 follows:
3    Informal objections to the pre-sentence report          August 7, 2014
4    Final pre-sentence report                              August 14, 2014
5    Motion for correction of the pre-sentence report       August 21, 2014
6    Government's reply, if any                             August 28, 2014
7    IT IS SO ORDERED.
8 Dated: May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT