ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
GUMARO LIZARRAGA-CORRALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00284-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE SENTENCING AND MODIFY |
| v. | ) | SCHEDULE OF DISCLOSURE |
| | ) | |
| GUMARO LIZARRAGA-CORRALES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Nirav Desai, and defendant, Gumaro Lizarraga-Corrales, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, September 4, 2014 at 9:00 a.m., and to continue judgment and sentencing to October 30, 2014 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

In addition, the parties stipulate to the following modification to the schedule of disclosure:

| | |
|---|---|
| Informal objections to the pre-sentence report | October 2, 2014 |
| Final pre-sentence report | October 9, 2014 |
| Motion for correction of the pre-sentence report | October 16, 2014 |
| Government's reply | October 23, 2014 |

Stipulation and Order - 1

This continuance is requested to allow the defense to time to conduct investigation into matters pertinent to a request for departure for cultural assimilation and factors under 18 U.S.C. § 3553(a).  The defense is permitted to argue for such departure and/or variance under the plea agreement.  Ms. Radekin has conferred with the investigator, M.E. Greenberg, and she has informed her that she needs additional time to complete her investigation. Counsel and the United States Probation Officer assigned to this matter, Shannon Morehouse, have conferred about the proposed continuance and modification to the schedule of disclosure.  The Court is advised Mr. Desai and Ms. Morehouse have no opposition to the proposed dates set forth above, and Mr. Desai has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 8, 2014            BENJAMIN WAGNER
                                 United States Attorney

                                 By:   /s/ Nirav Desai
                                       NIRAV DESAI
                                       Assistant United States Attorney

Dated: August 8, 2014             /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  GUMARO LIZARRAGA-CORRALES

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, September 4, 2014 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on October 30, 2014 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Informal objections to the pre-sentence report | October 2, 2014 |
| Final pre-sentence report | October 9, 2014 |
| Motion for correction of the pre-sentence report | October 16, 2014 |
| Government's reply, if any | October 23, 2014 |

IT IS SO ORDERED.

Dated: August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT