BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUMARO LIZARRAGA-CORRALES,<br>  aka Gumaro Corrales Lizarraga,<br>  aka Lucio Palacios Valenzuela,<br>  aka Maro Isarraga-Corrales,<br><br>Defendant. | CASE NO. 2:13-CR-0284 MCE<br><br>PLAINTIFF'S SUPPLEMENTAL SENTENCING MEMORANDUM<br><br>DATE: October 30, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

Plaintiff United States of America ("government"), by and through its undersigned counsel, submits this supplemental sentencing memorandum to advise the Court that after further conferring with counsel for defendant Gumaro Lizarraga-Corrales ("Lizarraga"), the government understands that Lizarraga and the government both intend to request a sentence of 57 months of imprisonment, at the low-end of the uncontested advisory guidelines sentencing range.

Dated: October 27, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ NIRAV K. DESAI
    NIRAV K. DESAI
    Assistant United States Attorney

PL.'S SUPPL. SENTENCING MEMORANDUM
U.S. V. LIZARRAGA-CORRALES, 2:13-CR-0284 MCE

1