**FILED**

AUG 15 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

2:13 cr 0284 MCE

To The Honorable Judge Morrison England Jr.,

Good day your honor. My name is Gumaro Lizarraga-Corrales, an inmate at Lompoc Federal Penitentiary Reg.# 70716-097 I am writing to you today to ask for your help because the F.B.O.P is miscalculating my "jail time credit" and I'm 100% sure that I should no longer be incarcerated at this moment. When I was in state jail in California Department of Corrections from 8/14/2012 to 9/17/2021, I was pulled out of state jail in 2013 to confront my federal charges in Federal court. I was in your court and you sentenced me to 57 months to run concurrent with my state jail sentence that I was in the process of completing at that time. In 2013 the U.S. Marshalls returned me to state jail where I was supposed to run my state and Federal sentences concurrent, whereas I would've successfully completed them both by 9/17/2021 but the Federal B.O.P still has me incarcerated

When I was finished with my state jail I was to be also finished with my 57 months of my Federal sentence that your honor ordered to be run concurrent in 2013. Therefore my Federal time was completed in about the year 2017. Please review the attached document from The California Dept. of corrections where it also states that my sentences were ordered to be run concurrent by you your honor. Please help me and correct this matter your Honor because I am still detained when I should be a free man.

Thank You very much,
Lizárraga Corrales


**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# CLASSIFICATION COMMITTEE CHRONO

| | |
|---|---|
| **Inmate Name:** LIZARRAGA-CORRALES, GUMARO | **Date:** 06/16/2015 |
| **CDC#:** AM0995 | **Date of Birth:** 04/27/1983 |

| | |
|---|---|
| **Hearing Date:** 06/16/2015 | **Hearing Type:** Initial UCC |
| **Committee Type:** Initial Unit Classification Committee | **Correctional Counselor:** D. Nieto |

**STATIC CASE FACTORS**

**CRITICAL CASE FACTORS**

## CLINICIAN COMMENTS

## COMMITTEE ACTION SUMMARY
INITIAL REVIEW: RELEASE TO FACILITY "D" SNY. ESTABLISH MED-A CUSTODY, WG/PG A2B EFFECTIVE 12/27/12, AND PLACE ON S/S AND ABE-II W/L. NO MHSDS, MDO, DPP OR DDP ISSUES NOTED. IHP IS NOTED AS RE. DOUBLE CELL APPROVED WITH SNY INMATES.

## COMMITTEE COMMENTS
Inmate Lizarraga-Corrales made a personal appearance before Facility D ICC for the purpose of an Initial Review. Inmate's GPL is a RGL of 5.4. A CSRA score of 1 is noted. Inmate Lizarraga-Corrales (DOB 04/27/83) is a 32-year-old, Mexican, 2nd termer, committed from Stanislaus County for the offense of Voluntary Manslaughter for a total term of 14-years. He was received in CDCR on 08/14/12 and at CAL on 06/04/15 from HDSP-IV (SNY). Transfer was non-adverse in nature. Inmate is medically classified as Vigorous Activity. Committee notes there is no CDC 7410 which indicates any work restrictions. Inmate's health assessment notes a TB alert code of 22 dated 06/08/15. Inmate's mental health status has been reviewed and CDC 128C dated 08/16/12 excludes Inmate from MHSDS. Inmate is not a participant of DPP or DDP and does not meet the MDO referral criteria. Confidential file is noted. CDC 812 is noted. STG-I is clear. STG-II is clear. Disciplinary history is clear. There is no history of computer crimes/fraud, arson, escape, kidnapping or sexual related offenses noted. Inmate is not prohibited from any job assignment that has computer access to personal information pursuant to P.C. 5071. Inmate meets the criteria for a 270-design Institution. There is a hold noted from USINS, warrant # A-88891999, for Illegal Entry, and US Marshals, warrant # 70716097, for deportable alien found in United States, and Inmate was convicted and sentenced to 57 months concurrent to California sentence. Inmate is a Foreign Born National and a completed CDC 8021 has been placed in the ERMS file. Committee notes Inmate's Integrated Housing Program (IHP) is noted as RE. Inmate stated that he understood IHP policy. Committee notes SNY placement stems from gang dropout as noted in CDC 128B, dated 12/03/12, and CSR of 12/07/12 endorsed SNY. Committee notes inmate was placed in HDSP ASU on 03/21/15 for safety concerns in the SNY yard and was referred for transfer to an alternate SNY institution due to localized safety concerns. Committee asked Inmate if he had any safety or housing concerns at CAL (SNY). Inmate stated that he does not have any safety concerns at CAL (SNY). Committee asked Inmate if he had any problems being double celled with another SNY Inmate. Inmate stated to committee that he had no problems being double celled. After a review of all case factors, Committee elects to RELEASE TO FACILITY "D" SNY. ESTABLISH MED-A CUSTODY, WG/PG A2B EFFECTIVE 12/27/12, AND PLACE ON S/S AND ABE-II W/L. P.C. 2930 and P.C. 2933 have been explained to the Inmate. Inmate is not eligible for MSF, CAMP, CCRC, CCF, MCCF, or Restitution Center due to Time-To-Serve, Hold, and Violence. Inmate's case was reviewed for single/double cell housing. Committee notes that Inmate's C-File has a CDC 115, dated 01/27/08, for battery on an Inmate with serious injury. The CDC 115 is an isolated incident and there are no other CDC 115s that reflect any pattern of assaultive/aggressive behavior and no history of in-cell violence. Inmate is suitable for double cell housing with SNY Inmates with no special restrictions. Committee notes HDSP ASU ICC established single cell at HDSP pending transfer due to potential localized safety concerns at HDSP. A current CDC 1882 is in the Inmate's C-File. CDC 812, 127, and Minimum Screening forms are all current. Inmate was advised of his right to appeal. His next Annual Review is scheduled for 08/14/15.

**RECORDER**

| | |
|---|---|
| D. Nieto | 06/16/2015 |
| | Date |

**CHAIRPERSON**

| |
|---|
| J. Anaya |